## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

ERIC SAUB,

     Plaintiff,

v.                                                                                    Civil Action No. **3:17CV617**

WESTERN TIDEWATER REGIONAL JAIL, *et al.*,

     Defendants.

### MEMORANDUM OPINION

Plaintiff, a federal inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. By Memorandum Order entered on March 2, 2018, the Court directed Plaintiff to submit a particularized complaint within fourteen (14) days of the date of entry thereof. The Court warned Plaintiff that the failure to submit the particularized complaint would result in the dismissal of the action. Thereafter, the Court granted Plaintiff two extensions of time. (ECF Nos. 12, 15.) Specifically, by Memorandum Order entered on May 8, 2018, the Court directed Plaintiff to file his particularized complaint within thirty (30) days of the date of entry thereof. (ECF No. 15.)

More than thirty (30) days have elapsed since the entry of the May 8, 2018 Memorandum Order. Plaintiff failed to submit a particularized complaint. Accordingly, the action will be dismissed without prejudice.

An appropriate order will accompany this Memorandum Opinion.

Date: 6/12/18
Richmond, Virginia

                                /s/
                          John A. Gibney, Jr.
                          United States District Judge