IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ERIC B. SAUB,

    Plaintiff,

v.                                                           Civil Action No. **3:17CV617**

WESTERN TIDEWATER REGIONAL JAIL, *et al.*,

    Defendants.

### MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se*, filed this action. By Memorandum Order entered on March 2, 2018, the Court directed Plaintiff to submit a particularized complaint within fourteen (14) days of the date of entry thereof. Thereafter, the Court granted Plaintiff two extensions of time. (ECF Nos. 12, 15.) Specifically, by Memorandum Order entered on May 8, 2018, the Court directed Plaintiff to file his particularized complaint within thirty (30) days of the date of entry thereof. (ECF No. 15.)

More than thirty (30) days elapsed after the entry of the May 8, 2018 Memorandum Oder and the Court failed to receive a particularized complaint from Plaintiff. Accordingly, by Memorandum Opinion and Order entered on June 12, 2018, the Court dismissed the action without prejudice. (ECF No. 16, 17.)

On June 21, 2018, the Court received a Motion to Reopen Case from Plaintiff ("Motion to Reopen," ECF No. 18.) In the Motion to Reopen, Plaintiff swears that he timely mailed a copy of his Particularized Complaint to the Court. Plaintiff attaches a copy of the Particularized Complaint (ECF No. 18–3.) Given these circumstances, the Motion to Reopen (ECF No. 18) will be GRANTED. The June 12, 2018 Memorandum Opinion and Order will be VACATED

and the Court will continue to process the action. Plaintiff's Rule 60(b) Motion to Reopen (ECF No. 19) will be DENIED AS MOOT.

An appropriate Order will accompany this Memorandum Opinion.

Date: 7/30/18
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge